UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KYLE JOHN BREMMEYR,<br><br>　　　　Defendant.<br>_____/ | 2:23-CR-20277<br>Judge Denise Page Hood<br>MG: Kimberly G. Altman<br>Filed: 04/18/23<br>Violations:<br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2260A |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

**ATTEMPTED COERCION AND ENTICEMENT**
**18 U.S.C. § 2422(b)**

On or about September 28, 2022, in the Eastern District of Michigan, the defendant, KYLE JOHN BREMMEYR, using a facility and means of interstate and foreign commerce, knowingly attempted to persuade, induce, entice, and coerce MV1, an individual born in 2006, to engage in sexual activity for which a person can be charged with a criminal offense, namely, Sexual Exploitation of Children, which was a criminal offense under Title 18, United States Code, Sections 2251(a) and (e); all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

### PENALTIES FOR REGISTERED SEX OFFENDERS
### 18 U.S.C. § 2260A

On or about September 28, 2022, in the Eastern District of Michigan, the defendant, KYLE JOHN BREMMEYR, being required by law to register as a sex offender, committed a felony offense involving a minor in violation of Title 18, United States Code, Section 2422(b), as charged in Count One of this Information, in violation of Title 18, United States Code, Section 2260A.

### FORFEITURE ALLEGATIONS
### 18 U.S.C. § 2253 and 28 U.S.C. § 2461

The allegations contained in Counts One and Two of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253 and 28 U.S.C. § 2461.

Upon conviction of Counts One and Two alleged in this Information, Defendant shall, pursuant to Title 18, United States Code, Section 2253, and Title 28, United States Code, Section 2461, forfeit to the United States the following:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

      c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.


DAWN N. ISON
United States Attorney

*/s/ Brandy McMillion*

BRANDY MCMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*/s/ Michael Taylor*

MICHAEL TAYLOR
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9516
michael.taylor3@usdoj.gov
P79497

Dated: April 18, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Kyle John Bremmeyr

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/ ✓ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

May 15, 2023
Date

Michael Taylor
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9516
Fax:   313-226-2372
E-Mail address: michael.taylor2@usdoj.gov
Attorney Bar #: P79497

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.